UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Hon. Susan D. Wigenton

        v.                              : Crim. No. 12-177 (SDW)

JHON HARRISON GARCIA-BUSTAMANTE   :
and EDWIN MONTOYA-LONGA
                                                       :

## ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), defendant JHON HARRISON GARCIA-BUSTAMANTE (Pasquale F. Giannetta, Esq., appearing), and defendant EDWIN MONTOYA-LONGA (Richard J. Verde, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants each having consented to such a continuance, and it appearing that the defendants waive such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  Defense counsel require adequate time to review the discovery in this case;

(2)  Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 16th day of April, 2012,

ORDERED that this action be, and hereby is, continued until July 20, 2012; and it is further

ORDERED that a case management conference shall be held on _____, 2012, at _____; and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference; and it is further

ORDERED that the period from the date of this order through July 20, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. SUSAN D. WIGENTON
United States District Judge

TOTAL P.05

Form and entry
consented to:

_____
SHIRLEY U. EMEHELU
Assistant U.S. Attorney


_____
Pasquale F. Giannetta, Esq.
Counsel for defendant
  JHON HARRISON GARCIA-BUSTAMANTE



_____
Richard J. Verde, Esq.
Counsel for defendant EDWIN MONTOYA-LONGA

-4-

Form and entry
consented to:

_____
SHIRLEY U. EMEHELU
Assistant U.S. Attorney


_____
Pasquale F. Giannetta, Esq.
Counsel for defendant
  JHON HARRISON GARCIA-BUSTAMANTE

_____ 4/13/12
Richard J. Verde, Esq.
Counsel for defendant EDWIN MONTOYA-LONGA

-4-